**Order entered July 21, 2022**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-22-00356-CV**

## IN THE INTEREST OF M.M.J., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54891-2019**

## ORDER

Before the Court are the following four motions filed by appellant on July 19, 2022: (1) Motion to File Appendixes Separately; (2) Motion for Void Judgment and Disqualification of Judge Piper McCraw; (3) Motion to Offer Evidence Not Included in Trial Court; and (4) Motion to Offer Audio and Video Recorded Evidence.  Appellant filed these same motions on July 6.  In an order dated July 11, we denied the motions.  For the reasons stated in our July 11 order, we again **DENY** appellants' motions.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE